The defendant's petition for certification to appeal from the Appellate Court, 174 Conn. App. 193, 165 A.3d 180 (2017), is granted, limited to the following issues:
"1. Does Connecticut recognize a qualified expert testimonial privilege in pretrial discovery (and at trial) permitting an unretained expert to withhold testimony regarding an opinion that the expert has previously rendered and documented in a written report?
"2. If Connecticut recognizes this privilege, what is its scope?
"3. Does the Supreme Court have jurisdiction to grant certification to appeal from the Appellate Court's final determination of a writ of error?"
McDONALD, MULLINS and KAHN, Js., did not participate in the consideration of or decision on this petition.